Argued December 20, 1974, affirmed January 20, reconsideration
denied February 20, petition for review denied March 27, 1975

In the Matter of the Dissolution of the Marriage of
O., *Respondent, and* O., *Appellant.*

530 P2d 877

*Patricia Watson,* Portland, argued the cause and filed the brief for appellant.

*Quentin D. Steele,* Klamath Falls, argued the cause for respondent. With him on the brief was Gary L. Hedlund, Klamath Falls.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Appellant-wife appeals from that portion of a dissolution decree which awarded custody of three minor children to the respondent-husband, made a division of property between the parties, and denied support and attorney fees to appellant.

■■ We have examined the record in this case and are satisfied that the trial court made the correct decision. Because there is a potential for harm to persons involved, we conclude that no useful purpose would be served in publishing a detailed opinion. *Sarty v. Forney*, 12 Or App 251, 506 P2d 535 (1973).

Affirmed. Costs to neither party.